236 So.2d 33

**Mrs. Bernice GASQUET**

**v.**

**TRAVELERS INDEMNITY CO.**

No. 50635.

June 8, 1970.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

236 So.2d 34

**Charlie TOULOUSE, Jr.**

**v.**

**TRAVELERS INDEMNITY CO.**

No. 50636.

June 8, 1970.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.